1012 

[No. 36582-1-II. Division Two. January 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEY A. DUNLAP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-8-00103-1, Linda CJ Lee, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 26409-2-III. Division Three. January 15, 2009.]

RONALD J. DAVENPORT, *Appellant*, v. UNITED STATES INTERNAL REVENUE SERVICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03433-6, Ellen K. Clark, J., entered August 1, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 59123-1-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MASTER LAWRENCE ANTHONY-JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11813-6, Laura C. Inveen, J., entered November 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 60177-6-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CONRAD E. FALLENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05081-5, Douglass A. North, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ. Now published at 148 Wn. App. 614.